UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 3:19-cv-1399-J-39MCR

DAIMEON MOSLEY,

    Plaintiff,

v.

PISCES 2, INC.,
d/b/a MCDONALD'S,

    Defendant.
_____/

**<u>NOTICE OF PENDING SETTLEMENT</u>**

Plaintiff, DAIMEON MOSLEY ("Plaintiff") and Defendant, PISCES 2, INC., d/b/a MCDONALD'S ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 3.08, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated:    6/19/2020

                                          BY:   /s/ Jason S. Weiss
                                                   Jason S. Weiss
                                                   Jason@jswlawyer.com
                                                   Florida Bar No. 356890
                                                   **WEISS LAW GROUP, P.A.**
                                                   5531 N. University Drive, Suite 103
                                                   Coral Springs, FL 33067
                                                   Tel: (954) 573-2800
                                                   Fax: (954) 573-2798
                                                   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
