UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 3:19-cv-1399-J-39MCR

DAIMEON MOSLEY,

    Plaintiff,

v.

PISCES 2, INC.,
d/b/a MCDONALD'S,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DAIMEON MOSLEY ("Plaintiff") and Defendant, PISCES 2, INC. d/b/a MCDONALD'S ("Defendant"), by and through their respective undersigned counsels, hereby stipulate that this case be dismissed **with Prejudice**, with each party to bear his/its own fees, costs, and disbursements. Plaintiff and Defendant respectfully request that this Court enter an Order of Dismissal **with Prejudice**.

Dated:    6/22/2020

| BY: *s/ Jason S. Weiss* | BY: *s/ Victoria B. Kroell* |
|---|---|
| Jason S. Weiss, Esq. | Victoria B. Kroell |
| Florida Bar No. 356890 | Florida Bar No.: 1011020 |
| Jason@jswlawyer.com | victoria.kroell@csklegal.com |
| **WEISS LAW GROUP, P.A** | Trevor G. Hawes |
| 5531 N. University Drive | Florida Bar No.: 521531 |
| Suite 103 | trevor.hawes@csklegal.com |
| Coral Springs, Florida 33067 | **COLE, SCOTT & KISSANE, P.A.** |
| Telephone: (954) 573-2800 | Cole, Scott & Kissane Building |
| Facsimile: (954) 573-2798 | 4686 Sunbeam Road |
|  | Jacksonville, Florida 32257 |
| **ATTORNEYS FOR PLAINTIFF** | Telephone: (904) 672-4099 |
|  | Facsimile: (904) 672-4050 |
|  | **ATTORNEYS FOR DEFENDANT** |