UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DAIMEON MOSLEY,**

    **Plaintiff,**

v.                                    Case No.: 3:19-cv-1399-J-39MCR

**PISCES 2, INC.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 10; Stipulation) filed on June 22, 2020. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 23rd day of June, 2020.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*